**IT IS ORDERED as set forth below:**



Date: April 16, 2019

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| **GUSSIE L. ROSS**, ) | CASE NO. **18-59486-PMB** |
| ) | |
| DEBTOR. ) | |

**CONSENT ORDER ON THE TRUSTEE'S MOTION TO DISMISS**

On March 5, 2019, the Chapter 13 Trustee filed a *Motion to Dismiss* (Doc. No. 49)("Motion"), which was scheduled for hearing April 11, 2019. As the parties reached agreement, it is hereby

**ORDERED** that, in order to cure the term problem alleged in the Trustee's Motion to Dismiss, the Debtor's Plan Payments are hereby increased from $500.00 to $585.00 per month for the duration of the case.

The Clerk, U.S. Bankruptcy Court, is directed to serve a copy of this Order upon the Debtor, Debtor's attorney, and the Chapter 13 Trustee.

**[END OF DOCUMENT]**

Presented by:

/s_____
Jason L. Rogers
GA Bar No. 142575
Attorney for Chapter 13 Trustee
260 Peachtree Street, NW
Suite 200
Atlanta, GA  30303
(678) 510-1444

Consented to by:

/s_____ *with express permission*
Vincent Capomacchia
GA Bar No. 772547
Attorney for Debtor
The Semrad Law Firm, LLC
Sterling Point II
Suite 201
303 Perimeter Center North
Atlanta, GA 30346
(678) 668-7160

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                Case No. 18-59486-pmb
Gussie Latasha Ross                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9          User: kpc2              Page 1 of 2            Date Rcvd: Apr 16, 2019
                              Form ID: pdf403         Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.
```
db             +Gussie Latasha Ross,    327 Oaktown Court,    Lawrenceville, GA 30044-3865
21590489       +BRIDGECREST,    PO Box 53087,    Phoenix, AZ 85072-3087
21590509      #+Beacon Management Services,    5607 Glenridge Dr Ste 490,    Atlanta, GA 30342-4999
21847062       +Brand Mortgage,    3415 George Busbee Pkwy, NW,    Kennesaw, GA 30144-6904
21680302       +Bridgecrest Credit Company, LLC,    PO BOX 29018,    PHOENIX, AZ 85038-9018
21590497        CAP ONE AUTO,    3939 BELTLINE RD,    DALLAS, TX 75244
21590495       +CNS PORT SVC,    16355 LAGUNA CANYO,    IRVINE, CA 92618-3801
21731788        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
21590503       +Department of Justice, Tax Division,    75 Spring Street SW,    Civil Trial Section, Southern,
                 Atlanta, GA 30303-3315
21590499       +NICHOLAS FINANCIAL INC,    560 Thornton Rd Ste 214,    Lithia Springs, GA 30122-1656
21590508        Oakland Downs Homeowners Association, Inc,    5607 Glenwood Drive,    Suite 490,
                 Atlanta, GA 30342
21590501       +Office of the Attorney General - Atlanta,    40 Capitol Sq Sw,    Attn: Karrollanne K. Cayce,
                 Atlanta, GA 30334-9057
21590506        Special Assistant U.S. Attorney,    401 W. Peachtree Street, NW, STOP 1000-D,
                 Atlanta, GA 30308
21590511       +WELLSTAR NORTH FULTON HOSPITAL,    PO Box 743792,    Atlanta, GA 30374-3792
21590496       +WORLD FINANCE CORPORAT,    6224 HEARNE,    SHREVEPORT, LA 71108-4361
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust             +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Apr 16 2019 22:39:23
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
21590493       +E-mail/Text: jmalone@arcmgmt.com Apr 16 2019 22:40:14      CAPITALONE,
                 c/o Pollack & Rosen, P.C,    1825 Barrett Lakes Blvd Suite 510,    Kennesaw, GA 30144-7519
21590492       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 16 2019 22:36:35      CREDIT ONE BANK NA,
                 PO BOX 98875,    LAS VEGAS, NV 89193-8875
21590500        E-mail/Text: brnotices@dor.ga.gov Apr 16 2019 22:39:07      Georgia Department of Revenue,
                 1800 Century Boulevard,    c/o T Truong,    Atlanta, GA 30345
21590502       +E-mail/Text: cio.bncmail@irs.gov Apr 16 2019 22:38:45      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
21590491        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 16 2019 22:40:04      JEFFERSON CAPITAL SYST,
                 16 MCLELAND RD,    SAINT CLOUD, MN 56303
21890783        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 16 2019 22:40:04      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,    St Cloud MN 56302
21590494       +E-mail/Text: bncnotices@becket-lee.com Apr 16 2019 22:38:29      KOHLS/CAPONE,    PO BOX 3115,
                 MILWAUKEE, WI 53201-3115
21737898        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 16 2019 22:36:44      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
21590510       +E-mail/Text: bankruptcy@luederlaw.com Apr 16 2019 22:41:07      Lueder, Larkin & Hunter, LLC,
                 5900 Windward Pkwy Ste 390,    c/o Harrison Woodworth,    Alpharetta, GA 30005-5479
21629832       +E-mail/Text: bankruptcy@luederlaw.com Apr 16 2019 22:41:07
                 Oakland Downs Homeowners Association, Inc.,    c/o Lueder, Larkin & Hunter, LLC,
                 5900 Windward Parkway, Suite 390,    Alpharetta, GA 30005-5479
21590505       +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Apr 16 2019 22:39:23
                 Office Of United States Trustee-ATL,    75 Ted Turner Dr SW #362,    Atlanta, GA 30303-3330
21693118        E-mail/Text: appebnmailbox@sprint.com Apr 16 2019 22:39:39      Sprint Corp,
                 Attention Bankruptcy,    PO Box 7949,    Overland Park, KS 66207-0949
21590488       +E-mail/Text: deshaun.walker@renasant.com Apr 16 2019 22:38:10      THE BRAND BANKING CO,
                 141 HURRICANE SHOALS ROA,    LAWRENCEVILLE, GA 30046-4459
21590507       +E-mail/Text: usagan.bk@usdoj.gov Apr 16 2019 22:39:25      US Attorney's Office-ATL,
                 75 Spring St SW # 1800,    Atlanta, GA 30303-3331
21591798        E-mail/Text: usagan.bk@usdoj.gov Apr 16 2019 22:39:25      United States Attorney,
                 Northern District of Georgia,    75 Ted Turner Drive SW, Suite 600,    Atlanta GA 30303-3309
21590498       +E-mail/Text: bnc-bluestem@quantum3group.com Apr 16 2019 22:40:32      WEBBANK/FINGERHUT,
                 7075 Flying Cloud Dr,    Eden Prairie, MN 55344-3532
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Brand Mortgage,    3415 George Busbee Pkwy, NW,    Kennesaw, GA 30144-6904
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court:   Jefferson Capital Systems LLC,    PO Box 7999,
                 St Cloud, MN  56302-9617)
21590504*       Internal Revenue Service - Atl,    401 W Peachtree St NW M/S 334D,    Atlanta, GA 30308
21590490      ##+CONVERGENT OUTSOURCING,    10750 HAMMERLY BLVD #200,    Houston, TX 77043-2317
                                                                                   TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 113E-9            User: kpc2                   Page 2 of 2                  Date Rcvd: Apr 16, 2019
                                Form ID: pdf403              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
              Araba Andoh Kwofie    on behalf of Debtor Gussie Latasha Ross akwofie@semradlaw.com,
               ganb.courtview@SLFCourtview.com
              Craig A Cooper     on behalf of Debtor Gussie Latasha Ross ccooper@semradlaw.com,
               ganb.courtview@SLFCourtview.com
              Daniel E. Melchi    on behalf of Creditor   Oakland Downs Homeowners Association, Inc.
               dmelchi@luederlaw.com
              Daniel P. Moore    on behalf of Creditor   Brand Mortgage dmoore@geherenlaw.com,
               dpace@geherenlaw.com
              Melissa J. Davey    on behalf of Trustee Melissa J. Davey mail@13trusteeatlanta.com,
               cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Melissa J. Davey    mail@13trusteeatlanta.com,
               cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Patrick John Geheren    on behalf of Creditor   Brand Mortgage ECF@geherenlaw.com,
               pgeheren@geherenlaw.com
              Vince Capomacchia    on behalf of Debtor Gussie Latasha Ross vcapomacchia@semradlaw.com,
               ganb.courtview@SLFCourtview.com
                                                                                             TOTAL: 8